**IT IS ORDERED as set forth below:**



**Date: May 9, 2018**

_Susan D. Barrett_

United States Bankruptcy Judge
Southern District of Georgia

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:                                    )          Chapter 13 Case No. <u>18-10296</u>
                                                     )
David Arthur Neumann                                 )
                                                     )
                                                     )
                              Debtor(s)              )

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐   Denied and the case is dismissed.

    ☐   Without prejudice;
    ☐   With prejudice against refiling for 180 days;
    ☐   Unless Debtor(s) counsel converts to a case under Chapter 7 within fourteen (14) days.

☐   Granted upon condition that:

    ☐   Debtor pay $ _____ by _____ ;
    ☐   Debtor pay $ _____ per _____ until _____ ;

7

Chapter 13 Case No. <u>18-10296</u>
Page 2

☐  Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within seven (7) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☒  Continued to  <u>JUNE 20, 2018</u>  at  _____2:00 p.m._____  a.m. /p.m.

    ☐  With payments of $ _____ per _____ in the interim;

    ☐  Upon payments of $ _____ by _____ ;

    ☐  Debtor's counsel is ordered to file a modified plan by _____ ;

    ☐  Debtor's counsel is ordered to file objection(s) to claim(s) by _____ ;

    ☐  Upon condition that Debtor(s):

    ☐  Debtor's counsel is ordered to file with the Clerk, within fourteen (14) days, a written certification that all State and Federal tax returns have been filed.

    ☐  Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice of hearing.

**[END OF DOCUMENT]**

Submitted by:

_____
Chapter 13 Trustee/Attorney for
Huon Le, Cortney Elam, Jane E Miller

13-01 {Rev. 7/05}